IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN MILKOWICH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| | : | |
| | : | |
| REDNER'S MARKETS, INC, | : | |
| Defendants. | : | NO. 17-cv-4062 |

## **ORDER**

AND NOW, this 27th day of March, 2019, upon careful consideration of Defendant's Motion for Summary Judgment (Doc. 19), Plaintiff's Response (Doc. 20), Defendant's Sur Reply (Doc. 21), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion for Summary Judgement (Doc. 19) is **GRANTED**. The Clerk is directed to enter **JUDGMENT** in favor of Defendant and against Plaintiff and mark this matter as closed.

BY THE COURT:

\_\_/S/ LINDA K. CARACAPPA_____
LINDA K. CARACAPPA
UNITED STATES CHIEF MAGISTRATE JUDGE